E-FILED
Thursday, 05 April, 2007  12:25:30 PM
Clerk, U.S. District Court, ILCD

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| RAMADA WORLDWIDE INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 06-1307 |
| ) | |
| 3L INVESTMENT, INC., et al. ) | |
| ) | |
| Defendants. ) | |

## **O R D E R**

On December 4, 2006, Ramada Worldwide Inc. ("Ramada"), filed a Complaint against Defendants 3L Investment, Inc. and Odhavji N. Lavani, alleging a cause of action under the Lanham Act and multiple state law grounds. On February 20, 2007, Defendant 3L Investment, Inc. was served with a copy of the Complaint. 3L Investment has failed to answer or otherwise plead within the 20 days allowed under Federal Rule of Civil Procedure 12(a), despite proper service upon it.

Ramada moved for the entry of default against 3L Investment on March 14, 2007. For good cause shown, the Motion for Order of Default [#11] is GRANTED. Pursuant to Federal Rule of Civil Procedure 55(a), the Clerk of the Court is HEREBY ORDERED to DEFAULT Defendant 3L Investment, Inc.

ENTERED this 5th day of April, 2007.

s/ MichaelM. Mihm
Michael M. Mihm
United States District Judge